IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01673-GPG

RIOR ABDURAHMAN,

    Plaintiff,

v.

TERA HEART, I.C.E. G.E.O.,
D.P. OFFICER MICHAEL LUMBARD, Case P2015-0183,
D.P. OFFICER SMART, Claim 2015-0461, and
D.P. OFFICER PATRICK, Claim No. 2015-0461,

    Defendants.

---

ORDER DRAWING CASE

---

    After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

    ORDERED that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.

    DATED October 16, 2015, at Denver, Colorado.

                                BY THE COURT:

                                s/ Gordon P. Gallagher

                                United States Magistrate Judge