IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 15-cv-01673-WJM-CBS
Courtroom Deputy: Amanda Montoya

Date: February 4, 2016
FTR – Reporter Deck-Courtroom A402

*Parties:*

*Counsel:*

RIOR ABDURAHMAN,

*Pro se* (by phone)

Plaintiff,

v.

TERA HEART, *et al.,*

Jennifer Johnson

Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING: STATUS CONFERENCE**
**Court in session: 09:57 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding pending motions.  The court deems the pending motions to dismiss should be decided before discovery is pursued.

**ORDERED:**    *[41] Motion to Subpoena Discovery* is **DENIED without prejudice.**

*[37] Defendants' Motion to Stay Discovery* is **GRANTED.**  All discovery is STAYED pending a ruling on the pending motions to dismiss [docs. 30 and 31].

The Plaintiff addresses the court regarding *pro bono* counsel.  If there are viable claims after the motions to dismiss are decided, the Plaintiff may file a motion for *pro bono* counsel.

Hearing Concluded.

**Court in recess: 10:05 a.m.**
Time in court: 00:08

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.